**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JENISA ANGELES, on behalf of herself and all others similarly situated,
    Plaintiff,

v.

PIPING ROCK HEALTH PRODUCTS, LLC

    Defendant.
_____ /

CASE NO.: 1:20-cv-7686

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Piping Rock Health Products, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Piping Rock Health Products, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 26, 2020

                                    Respectfully Submitted,

                                    */s/David Paul Force*
                                    David Paul Force Esq.
                                    **Stein Saks, PLLC**
                                    285 Passaic Street
                                    Hackensack, NJ 07601
                                    dforce@steinsakslegal.com
                                    Tel. 201-282-6500
                                    Fax 201-282-6501
                                    *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of October, 2020                Respectfully Submitted,

                                                    */s/ David Paul Force*
                                                   David Paul Force