## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all
others similarly situated,
    Plaintiff,

v.
                        CASE NO.: 1:20-cv-7686
PIPING ROCK HEALTH PRODUCTS, LLC

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant, Piping Rock Health Products, LLC that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and no person

not a party has an interest in the subject matter of the action, that the above entitled action

against Defendant, Piping Rock Health Products, LLC shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 26, 2020

Respectfully Submitted,

*/s/David Paul Force*
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: OCT 2 8 2020